677 A.2d 831

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Keith E. SNYDER, Petitioner.**

Supreme Court of Pennsylvania.

May 30, 1996.

John P. Moses, Charles P. Gelso, for petitioner.

## ORDER

PER CURIAM.

AND NOW, this 30th day of May, 1996, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether petitioner was denied due process of law by the

eleven year delay in his arrest. This case is to be orally argued.